UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GREGORY SAVAGE (#127336)                           CIVIL ACTION

VERSUS

                                                                            20-811-BAJ-RLB

JAMES LEBLANC, ET AL.

ORDER

      Before the Court is a Motion to Strike (R. Doc. 32), filed on behalf of defendant Robinson, wherein the moving defendant requests that the plaintiff's First Amended Complaint (R. Doc. 29) be stricken from the record. On or about July 30, 2021, the plaintiff filed a First Amended Complaint. *See* R. Doc. 29. Defendant Robinson asserts that the plaintiff failed to seek or obtain leave of court to amend his complaint as required by Federal Rule of Civil Procedure 15.

      Though not styled as a motion, the plaintiff states in his First Amended Complaint, "NOW INTO COURT come Plaintiff, Gregory Savage, DOC #127336, respectfully moves this Honorable Court to GRANT leave to file an Amended Complaint pursuant to FRCP 15: Defendant filed a "Motion to Dismiss pursuant to FRCP Rules 12(B)(6) Rec. Doc. 19. Plaintiff seeks to Amend and cure those pleading deficiencies as follows: …" Since the plaintiff's pleading was not docketed as a motion, the plaintiff did not obtain leave of court to amend his Complaint.  Even if the plaintiff had properly sought leave to amend his complaint, it is within the Court's discretion to deny a motion to amend if it is futile. *See Stripling v. Jordan Prod. Co.*, 234 F.3d 863, 872–73 (5th Cir. 2000).  The Court finds such futility.  To the extent the amended pleading has been revised, the revisions fail to address the issues raised in defendant Robinson's pending Motion to Dismiss (R. Doc. 19); therefore, the amended pleading does not cure any

pleading deficiencies with regards to defendant Robinson and the amended pleading is therefore futile. Those deficiencies will be addressed in a report and recommendation pertaining to that Motion to Dismiss. Accordingly,

**IT IS ORDERED** that the defendant's Motion (R. Doc. 32) is **GRANTED** and plaintiff's "First Amended Complaint" (R. Doc. 29) shall be stricken from the record.

Signed in Baton Rouge, Louisiana, on September 14, 2021.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**