UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GREGORY SAVAGE**                                                                CIVIL ACTION

**VERSUS**

**JAMES LEBLANC, ET AL.**                                              NO. 20-00811-BAJ-RLB

RULING AND ORDER

Before the Court is Defendant Nicole Robinson's **Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) (Doc. 19).** The Motion is opposed (Doc. 27). The Magistrate Judge has issued a **Report and Recommendation (Doc. 38),** suggesting that the Court grant Defendant's Motion to Dismiss and dismiss Plaintiff's claims against Defendant with prejudice. (*Id.* at p. 10).[1] (*Id.*). There are no objections to the Report and Recommendation. It is also recommended that the matter be referred back to the Magistrate Judge for further proceedings.

Having carefully considered the underlying Complaint, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

---

[1] The Magistrate Judge properly determined that Plaintiff's official capacity claims against Defendant are barred under the Eleventh Amendment, that proper application of the *Younger* doctrine requires the Court to abstain from hearing Plaintiff's claims against Defendant, and that, based on the face of Plaintiff's complaint, the claims against Defendant are time barred. *See* Doc. 38.

1

Accordingly,

**IT IS ORDERED** that Defendant Nicole Robinson's **Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) (Doc. 19) is GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Nicole Robinson be and are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 21st day of January, 2022

*[signature]*
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**