# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

GREGORY SAVAGE                                    CIVIL ACTION

VERSUS

JAMES M. LEBLANC, ET AL.                    NO. 20-00811-BAJ-RLB

## ORDER

On March 2, 2026, the Magistrate Judge issued a **Report And Recommendation (Doc. 70, the "Report")** recommending that the Court grant Defendant Morris's Motion to Dismiss (Doc. 68). The Report further recommends that the Court dismiss Plaintiff's claims against all remaining Defendants, including Defendants Morris, LeBlanc, Vannoy, J. Lamartiniere, Delaney, Coody, Rosso, Hood, and Edwards.[1] Finally, the Report recommends that the Court enter Final Judgment in this matter.

On October 20, 2025, the United States Court of Appeals for the Fifth Circuit issued its Judgment and Mandate reversing the Court's Ruling and Order denying Defendants' invocation of qualified immunity. (Doc. 62). Relying on the Circuit's

---

[1] Although not referenced in the Report, the record reflects that on September 7, 2021, Plaintiff was ordered to show cause why his claims against Defendant S. Lamartiniere should not be dismissed for failure to serve this Defendant. On September 20, 2021, Plaintiff filed a response wherein Plaintiff stated that the Clerk's Office failed to provide a summons for Defendant S. Lamartiniere, and that Plaintiff was attempting to obtain a summons. While it appears that the failure to serve S. Lamartiniere was due to no fault of Plaintiff, the substance of Plaintiff's claims against Defendant S. Lamartiniere are the same as those against the remaining Defendants referenced above. Thus, the claim against Defendant S. Lamartiniere will be dismissed for the same reasons that Plaintiff's claims against the remaining Defendants will be dismissed—the Circuit has held that the Defendants are entitled to qualified immunity.

Mandate, Defendant Morris filed a Motion to Dismiss Plaintiff's claims against him. (Doc. 68). The Motion is unopposed. The Magistrate Judge then issued the Report, recommending that the Court grant the Motion. There are no objections to the Report.

Having carefully considered the Fifth Circuit's Mandate (Doc. 62), Defendant Morris's Motion to Dismiss (Doc. 68), Plaintiff's Complaint (Doc. 1), the Report (Doc. 70), and the entirety of the record, the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant Morris's Motion to Dismiss (Doc. 68) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Morris, LeBlanc, Vannoy, J. Lamartiniere, S. Lamartiniere, Delaney, Coody, Rosso, Hood, and Edwards are **DISMISSED WITH PREJUDICE**.

Final judgment will be entered separately.

Baton Rouge, Louisiana, this 19th day of March, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2